Case 4:22-cv-00854　　Document 43　　Filed on 06/12/23 in TXSD　　Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 12, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHEL THOMPSON and BRANDI GREEN, Individually and On Behalf of All Similarly Situated Persons,<br>　　Plaintiff, | § | |
| V.<br>ATLAS RETAIL SERVICES, INC., ATLAS INSTALLATIONS, INC., JASON PARRISH, Individually, and DOLGENCORP OF TEXAS, INC.,<br>　　Defendants. | §<br><br>§<br><br><br><br>§ | CIVIL ACTION NO. 4:22-cv-854<br><br><br><br><br>JURY DEMANDED |

### ORDER OF DISMISSAL WITH PREJUDICE

The Court grants the Joint Stipulation of Dismissal with Prejudice filed in this matter and ORDERS that this case is hereby dismissed with prejudice to re-filing.

Signed on June 12, 2023, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge